Thiago M. Coelho (Cal. Bar No. 324715)
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Brett DeSalvo
and the Putative Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FOSTERS FREEZE INTERNATIONAL, LLC, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-06657-JWH-AGR<br><br>Hon. John W. Holcomb<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT FOSTERS FREEZE INTERNATIONAL, LLC**<br><br>Date: February 26, 2021<br>Time: 9:00 A.M.<br>Location: Federal Building and United States Courthouse, Courtroom 2<br>3470 12th St.,<br>Riverside, CA 92501<br><br>Complaint filed:　July 24, 2020<br>Trial Date:　　　None set |

# NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGEMENT

TO DEFENDANT FOSTERS FREEZE INTERNATIONAL, LLC:

PLEASE TAKE NOTICE THAT on February 26, 2021, 2021 at 9:00 a.m. or as soon thereafter as counsel may be heard in the courtroom of Honorable John W. Holcomb located in the Federal Building and United States Courthouse, Courtroom 2, 3470 12th St., Riverside, CA 92501, Plaintiff Brett DeSalvo will and herby does move this Court to enter default judgment against Defendant Fosters Freeze International, LLC, pursuant to Federal Rule of Civil Procedure 55(b)(2).

This Motion is based on this Notice of Motion, the Declaration of Thiago M. Coelho, Exhibits A-D and all of the pleadings, files and records in this proceeding, all other matters of which the Court may take judicial notice and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

DATED: January 12, 2021                     Respectfully Submitted,


                                            /s/ Thiago M. Coelho_____
                                            Thiago M. Coelho
                                            **WILSHIRE LAW FIRM**
                                            *Attorney for Plaintiff and Proposed Class*

Plaintiff respectfully requests that this Court enter a default judgment against Defendant Fosters Freeze International, LLC pursuant to Federal Rule of Civil Procedure 55(b)(2) for failure to plead or otherwise defend this action.

On July 24, 2020, Plaintiff commenced this civil action to obtain preliminary and permanent injunctive and other equitable relief for Defendant's violation of 28 U.S.C. § 1332(d)(2)(A). A copy of said Complaint is attached hereto as **Exhibit A.**

On August 26, 2020, a copy of said Complaint and Summons in a Civil Action were served by Plaintiff upon Defendant Fosters Freeze International, LLC's registered agent. A copy of the proof of service is attached hereto as **Exhibit B.**

On November 16, 2020, after more than twenty-one days had elapsed since the service of said Complaint and Summons upon Defendant, and no Answer hereto having been served by Defendant, Plaintiff filed a Request for Clerk's Entry of Default. A copy of Plaintiff's Request for Clerk's Entry of Default is attached hereto as **Exhibit C.**

On November 18, 2020, the Court entered default judgment against Defendant Fosters Freeze International, LLC, for their failure to defend. A copy of the Entry of Default by the Clerk is attached hereto as **Exhibit D.**

Defendant has failed to plead or otherwise defend this action, and Plaintiff is entitled to judgment by default against Defendant. Pursuant to the provisions of Rule (b)(2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the Defendant for relief sought by Plaintiff in his complaint.

Wherefore, Plaintiff requests this Court enter a judgment of default against Defendant in the amount of Five Million Dollars ($5,000,000.00). This amount shall become immediately due and payable by Defendants upon entry of this Order, and in interest computed at the rate prescribed under 28 U.S.C. § 1961, as amended, shall immediately begin to accrue on the unpaid balance. This case's damages are

according to the Unruh Civil Rights Act, Cal. Civ. Code §§ 51, *et. seq.* which awards a statutory minimum damage of $4,000 per offense per person pursuant to section 52(a). For example, in National Federation of *The Blind, et. al., v. Target Corporation*, 2008 WL 4177568 (N.D.Cal), the settlement fund was $6,000,000 for payment of damage claims to members of the California subclass. The value of this judgment is calculated even below that.

For the foregoing reasons, Plaintiff respectfully requests that the Court enter a default judgment against Defendant pursuant to Federal Rules of Civil Procedure 55(b).

Dated: January 12, 2021                                        Respectfully submitted,

By: */s/ Thiago M. Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff Brett DeSalvo and the Putative Class*