Thiago M. Coelho (Cal. Bar No. 324715)
thiago@wilshirelawfirm.com
WILSHIRE LAW FIRM
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
*Attorney for Plaintiff Julissa Cota and the Putative Class*

Melissa T. Daugherty (SBN: 227451)
Melissa.Daugherty@lewisbrisbois.com
Stephen E. Abraham (SBN: 172054)
Stephen.Abraham@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Defendant Fosters Freeze International, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOSTERS FREEZE INTERNATIONAL, LLC, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-06657-JWH-AGR<br><br>Honorable Judge John W. Holcomb<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint filed:  July 24, 2020<br>Trial Date:       None set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Brett DeSalvo, and Defendant Fosters Freeze International, LLC. stipulate and jointly request that this Court enter a dismissal with prejudice in its entirety in the above-entitled action. Each party shall bear her or its own costs, experts' fees, and attorneys' expenses.

DATED: March 25, 2021     WILSHIRE LAW FIRM, PLC

By /s/ *Thiago M. Coelho*
Thiago M. Coelho, Esq.
Attorney for Plaintiff and the Putative Class

DATED: March 25, 2021     LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Melissa Daugherty
Melissa Daugherty, Esq.
Attorneys for Defendant
Fosters Freeze International, LLC